UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA, | No. 2: 17-cv-0765 KJN P |
| Plaintiff, | |
| v. | ORDER |
| GRAY, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 12, 2017, the undersigned dismissed plaintiff's complaint with leave to amend. (ECF No. 10.) On May 24, 2017, plaintiff filed a request for voluntary dismissal of this action. (ECF No. 16.) However, on May 31, 2017, plaintiff filed a complaint which may be an amended complaint. (ECF No. 17.)

The only named defendant in the original complaint is law librarian Gray. The amended complaint names Law Librarian Staff Diaz and Correctional Officer Palur as defendants. Plaintiff alleges that defendants Diaz and Palur told plaintiff that they would "set him up" for filing a lawsuit against defendant Gray.

Plaintiff is directed to inform the court whether he wishes to dismiss the instant action or proceed on the amended complaint filed May 31, 2017, naming Diaz and Palur as defendants.

////

1

1    Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order,

2    plaintiff shall inform the court whether he wishes to dismiss this action or proceed on the

3    amended complaint filed May 31, 2017.

4    Dated:  June 21, 2017

5

6    KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

7
     Her765.cla
8
     kc
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28