UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA, | No. 2:17-cv-0765 KJN P |
| Plaintiff, | |
| v. | ORDER |
| GRAY, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: July 25, 2017

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

herr0765.59

1